THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROY W. AND E. MARIE PETTIE, individually and on behalf of others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>SAXON MORTGAGE SERVICES, a corporation, WELLS FARGO (Master Servicer), FIRST HORIZON HOME LOAN CORPORATION, GERALD L. BAKER,<br><br>　　　　　　　Defendants. | NO. C08-5089 RBL<br><br>ORDER ON MOTION FOR LEAVE TO AMEND |

This matter is before the Court on Plaintiffs' motion for leave to amend. [Dkt. #6] Leave to amend is "freely given when justice so requires." Fed. R. Civ. P. 15(a). Thus, having reviewed the motion and the proposed amended complaint, and having received no response in opposition, the Court GRANTS Plaintiffs' motion for leave to amend. [Dkt. #6]

DATED this 7th day of May, 2008.

　　　　　　　　　　　　　　　　　／s／ Ronald B. Leighton
　　　　　　　　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER
Page - 1